## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LAMAR RAMBERT,

          Petitioner

             v.

PHILADELPHIA COURT OF COMMON PLEAS,

          Respondent

: No. 67 EM 2021
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2021, the Petition for Writ of Mandamus is GRANTED. The Court of Common Pleas of Philadelphia County is ORDERED to adjudicate Petitioner's pending matter within 90 days.

    The Prothonotary is DIRECTED to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.